# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-2409

_____

Otto Escalante-De Leon

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: May 6, 2014
Filed: May 7, 2014
[Unpublished]

_____

Before BYE, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Otto Escalante-De Leon petitions for review of an order of the Board of Immigration Appeals, which upheld an immigration judge's decision denying his motion to suppress evidence used by the government to establish his removability. After careful review, we find no basis for reversal. *See Martinez Carcamo v. Holder*, 713 F.3d 916, 921 (8th Cir. 2013) (in removal actions, this court

reviews legal issues de novo, and reviews factual findings for support by substantial evidence); *Lopez-Gabriel v. Holder*, 653 F.3d 683, 686-87 (8th Cir. 2011) (concluding that evidentiary hearing and suppression of evidence were not warranted where record did not support either alien's assertion that his stop and arrest were racially motivated, or his assertion that questioning by immigration agents was coercive).  Accordingly, we deny the petition.  *See* 8th Cir. R. 47B.

_____